# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| CYNTHIA CLEGHORN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV414-226 |
| ONEBEACON AMERICA INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

In this removed case, plaintiff claims that defendant has wrongfully interfered with her right to collect moneys from an insurance settlement currently held in escrow. (Doc. 6-1 at 2-6.) Defendant moves to dismiss the case, contending that plaintiff has failed to state a claim for relief. (Doc. 6.) Although that motion is not before the undersigned, the parties request a stay discovery and all pretrial deadlines pending the Court's ruling on the motion. (Doc. 11.)

After reviewing the motion to dismiss, the Court is satisfied that it has potential merit, and if it is not case dispositive, it will very likely force plaintiff to amend her complaint. Courts in this circuit have

granted motions to stay discovery where the "resolution on the pending motion to dismiss may extinguish some or all of the claims . . . potentially restricting the scope of discovery significantly." *White v. Georgia*, 2007 WL 3170105 at *2 (N.D. Ga. Oct. 25, 2007); *see also Feldman v. Flood*, 176 F.R.D. 651, 652-53 (M.D. Fla. 1997). The parties' request to stay discovery (doc. 11) is **GRANTED**. Should plaintiff's case survive the dismissal motion, the parties shall submit a proposed scheduling order within 14 days of the entry of the district judge's order.

**SO ORDERED** this  29th  day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA